# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-32-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| ANNA REA YELLOW OWL, | |
| Defendant. | |

Defendant has moved under 18 U.S.C. § 3583(e)(1) for an early discharge from supervised release. The Government does not oppose the motion. (*See* Doc. 61 at 2). Defendant's probation officer does not object to Defendant's discharge from supervised release. The Court conducted a hearing on the motion on January 17, 2017.

Defendant was sentenced on November 30, 2010, to 50 months of custody followed by 6 years of supervised release. (Doc. 43). Defendant began supervised release on April 13, 2012. The record reflects that Defendant has complied with all of the conditions of her supervised release. *See* Doc. 62 at 2. The factors in 18 U.S.C. § 3553 support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Discharge from Supervised Release (Doc. 61) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 17th day of January, 2017.

_Brian Morris_
Brian Morris
United States District Court Judge